UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Angela Winkelmann** ) | |
|     **PLAINTIFF** ) | **CIVIL ACTION NO.:** |
| ) | |
| **VS.** ) | |
| ) | |
| **Leading Edge Recovery Solutions,** ) | |
| **LLC** ) | |
|     **DEFENDANT.** ) | |

**NOTICE OF INTENT TO USE
PROCESS SERVER**

Comes now Plaintiff and hereby notifies the Court of his intent to use:

William Isgriggs
402 Rosedale Ave.
Union, MO 63084

To Serve:  The Defendant in the above-styled cause.  The Process Server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.  The undersigned affirms the information provided above is true and correct.

_____
**Dated**

**Purschke, White, Robinson & Becker LLC**

/s/ Steven. R. White
Steven R. White
EDMO # 74829; MO Bar #45595
316 E. Locust
Union, MO 63084
white@purschkewhite.com
telephone: (636)583-5760
Fax: (866)804-1569